E-FILED
Tuesday, 01 March, 2022  11:06:50 AM
Clerk, U.S. District Court, ILCD

IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No.  22-cr-30005 |
| | ) | |
| PHILLIP JENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR GEOGRAPHICAL EXPANSION OF BOND**

**NOW COMES** Defendant, PHILLIP JENSEN, by and through his attorney, Daniel L. Fultz of Brown, Hay & Stephens, LLP, and for his Motion for Geographical Expansion of Bond, hereby states to this Honorable Court as follows, that:

1. Mr. Jensen would like to travel to Chicago tomorrow, March 2, 2022, for an emergency hearing on the Illinois Department of Financial and Professional Regulations' decision to temporarily suspend his license to practice dental medicine.  He will leave and return on the same day.

2. Mr. Jensen would also like to travel to Kansas City, Missouri on March 11 through March 13, 2022, for his wife's mother's 85th birthday party.

3.      Lastly, Mr. Jensen would like to travel to Champaign-Urbana on March 18 through March 20, 2022, for his daughter's wedding. Mr. Jensen is on electronic monitoring and, although this is in the Central District, he still must have approval to travel outside of his monitoring area.

4.      Counsel for Mr. Jensen has spoken to Assistant United States Attorneys Douglas McMeyer and Sierra Senor-Moore, who do not oppose this motion.

5.      Counsel for Mr. Jensen has also spoken to United States Probation Officer Eric Fox, and Mr. Fox takes no position on these travel requests.

**WHEREFORE**, the Defendant respectfully prays that this Court grant his Motion for Geographical Expansion of Bond, and for such other and further relief as this Court deems just and equitable.

> Respectfully submitted,
>
> **BROWN, HAY & STEPHENS, LLP**
>
> By: /s/ Daniel L. Fultz
> Daniel L. Fultz
> Reg. No. 6282911
> **BROWN, HAY & STEPHENS, LLP**
> 205 South Fifth Street

P.O. Box 2459  
Springfield, IL 62705  
Telephone: (217) 544-8491  
Fax: (217) 241-1333  
E-mail: dfultz@bhslaw.com  
cc: mfleischli@bhslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Sierra Senor-Moore
Sierra.Senor-Moore@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Phillip Jensen

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail: dfultz@bhslaw.com
cc: mfleischli@bhslaw.com