IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Case No. 22-cr-30005 |
| | ) | |
| PHILLIP JENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

**MOTION FOR GEOGRAPHICAL EXPANSION OF BOND**

**NOW COMES** Defendant, PHILLIP JENSEN, by and through his attorney, Daniel L. Fultz of Brown, Hay & Stephens, LLP, and for his Motion for Geographical Expansion of Bond, hereby states to this Honorable Court as follows, that:

1. Mr. Jensen would like to travel from July 29 to August 8, 2022 to Bull Schoals Lake in northern Arkansas for a camping trip.

2. Counsel for Mr. Jensen has spoken to Assistant United States Attorney Douglas McMeyer, who does not oppose this motion.

3. Counsel for Mr. Jensen has also spoken to United States Probation Officer Eric Fox, and Mr. Fox takes no position on these travel requests.

**WHEREFORE**, the Defendant respectfully prays that this Court grant his Motion for Geographical Expansion of Bond, and for such other and further relief as this Court deems just and equitable.

          Respectfully submitted,

          **BROWN, HAY & STEPHENS, LLP**

By:  /s/ Daniel L. Fultz
       Daniel L. Fultz
       Reg. No. 6282911
       **BROWN, HAY & STEPHENS, LLP**
       205 South Fifth Street
       P.O. Box 2459
       Springfield, IL 62705
       Telephone: (217) 544-8491
       Fax: (217) 241-1333
       E-mail:   dfultz@bhslaw.com
       cc:       mfleischli@bhslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

# CERTIFICATE OF SERVICE

I hereby certify that on July 20, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Sierra Senor-Moore
Sierra.Senor-Moore@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Phillip Jensen

                  **BROWN, HAY & STEPHENS, LLP**

                  By:   /s/ Daniel L. Fultz
                          Daniel L. Fultz
                          Reg. No. 6282911
                          **BROWN, HAY & STEPHENS, LLP**
                          205 South Fifth Street
                          P.O. Box 2459
                          Springfield, IL 62705
                          Telephone: (217) 544-8491
                          Fax: (217) 241-1333
                          E-mail:   dfultz@bhslaw.com
                          cc:       mfleischli@bhslaw.com