IN THE UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | Case No.  22-cr-30005 |
| ) | |
| PHILLIP JENSEN, ) | |
| ) | |
| Defendant. ) | |

**MOTION FOR GEOGRAPHICAL EXPANSION OF BOND**

**NOW COMES** Defendant, PHILLIP JENSEN, by and through his attorney, Daniel L. Fultz of Brown, Hay & Stephens, LLP, and for his Motion for Geographical Expansion of Bond, hereby states to this Honorable Court as follows, that:

1. Dr. Jensen would like to travel from September 30 to October 1, 2022 to St. Louis, Missouri to celebrate his wife's 60th birthday.

2. Counsel for Dr. Jensen has spoken to Assistant United States Attorney Douglas McMeyer, who does not oppose this motion.

3. Counsel for Dr. Jensen has also spoken to United States Probation Officer Eric Fox, and Mr. Fox takes no position on these travel requests.

**WHEREFORE**, the Defendant respectfully prays that this Court grant his Motion for Geographical Expansion of Bond, and for such other and further relief as this Court deems just and equitable.

Respectfully submitted,

**BROWN, HAY & STEPHENS, LLP**

By: /s/ Daniel L. Fultz
Daniel L. Fultz
Reg. No. 6282911
**BROWN, HAY & STEPHENS, LLP**
205 South Fifth Street
P.O. Box 2459
Springfield, IL 62705
Telephone: (217) 544-8491
Fax: (217) 241-1333
E-mail: dfultz@bhslaw.com
cc: mfleischli@bhslaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF ILLINOIS

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2022, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Assistant United States Attorney Sierra Senor-Moore
Sierra.Senor-Moore@usdoj.gov

Assistant United States Attorney Douglas McMeyer
Douglas.McMeyer@usdoj.gov

and I hereby certify that I have delivered the document via U.S. Mail to the following non-CM/ECF participants:

Phillip Jensen

                           **BROWN, HAY & STEPHENS, LLP**

                         By:   /s/ Daniel L. Fultz
                                Daniel L. Fultz
                                Reg. No. 6282911
                                **BROWN, HAY & STEPHENS, LLP**
                                205 South Fifth Street
                                P.O. Box 2459
                                Springfield, IL 62705
                                Telephone: (217) 544-8491
                                Fax: (217) 241-1333
                                E-mail:   dfultz@bhslaw.com
                                cc:       mfleischli@bhslaw.com