UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 22-30005 |
| ) | |
| ) | **UNDER SEAL** |
| PHILLIP JENSEN, ) | |
| ) | |
| Defendant. ) | |

## MOTION FOR LEAVE TO FILE UNDER SEAL

The United States of America respectfully requests that this Court enter an order allowing the Ex Parte Motion to Revoke Pretrial Release and Warrant be filed under seal. In support thereof, the Government states as follows:

The Ex Parte Motion pertains to the Defendant's alleged bond violations and requests that a warrant for his arrest be issued. Disclosure of the request for and/or existence of an arrest warrant could endanger officer safety and/or lead to flight from arrest and prosecution. Because the Defendant is being supervised by Probation, this risk continues even if no warrant is issued as the foreknowledge of the Government's request could convert an innocuous law enforcement contact into one that may be perceived as an attempted arrest. Accordingly, the matter addressed in the Government's petition needs to be filed under seal pending further order of the Court.

Respectfully submitted,

GREGORY K. HARRIS
*United States Attorney*

By:<u>/s/*Douglas F. McMeyer*</u>
Douglas F. McMeyer
Assistant United States Attorney
United States Attorney's Office
211 Fulton Street, Suite 400
Peoria, IL 61602
Telephone: 309-671-7050
Email: douglas.mcmeyer@usdoj.gov