# UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

| UNITED STATES OF AMERICA, | ) | **GOVERNMENT'S EXHIBIT LIST** |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | Case No. 22-30005 |
| | ) | |
| PHILLIP M. JENSEN, | ) | |
| | ) | |
| Defendant. | ) | |

| PRESIDING JUDGE:<br>Colleen R. Lawless<br>United States District Judge | PLAINTIFF'S ATTORNEYS:<br>Douglas McMeyer<br>Sierra Senor-Moore | DEFENDANT'S ATTORNEY:<br>Daniel Fultz |
|---|---|---|
| TRIAL DATE:<br>August 19, 2024 | COURT REPORTER: | COURTROOM DEPUTY: |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 1 | | | | | Vial of 2ml single-dose Fentanyl Citrate (DEA Ex. 1) |
| 2 | | | | | Audio recording of phone call dated August 19, 2020 (DEA N-2) |
| 2A | | | | | Transcript of Exhibit 2 |
| 3 | | | | | Nineteen (19) DEA Forms 222 from Holistic Pharmacy Services, Inc., d/b/a The Medicine Shoppe for the years 2018 and 2017 (DEA N-3) |
| 4 | | | | | Photographs of Fentanyl vials (DEA N-19) |
| 5 | | | | | Photographs of Fentanyl orders (DEA N-19) |
| | | | | | **Search Warrant at 2606 Marketplace, Springfield, IL August 31, 2020** |
| 6 | | | | | Advice of Rights signed by Jensen (DEA N-13) |
| 7 | | | | | Consent to Surrender DEA Certificate of Registration for Jensen (DEA N-14) |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 8 | | | | | Audio recording of Jensen interview (DEA N-20) |
| 9 | | | | | Transcript of Exhibit 8 |
| 10 | | | | | Photographs taken during search warrant (DEA N-21) |
| 11 | | | | | Video recording of search warrant (DEA N-18) |
| 12 | | | | | Two vials containing Brevital Sodium, 500 mg (North Supply Room) (DEA Ex. 2) |
| 13 | | | | | Eight vials of Midazolam 2mg/2ml (North Supply Room) (DEA Ex. 3) |
| 14 | | | | | Ten vials of Diazepam 5mg/ml (North Supply Room) (DEA Ex. 4) |
| 15 | | | | | Nine vials of Ketamine HCL 500mg/5ml (North Supply Room) (DEA Ex. 5) |
| 16 | | | | | Ten vials of Midazolam 50mg/10ml (North Supply Room) (DEA Ex. 6) |
| 17 | | | | | Eight vials of Midazolam 50mg/10ml (North Supply Room) (DEA Ex. 7) |
| 18 | | | | | Ten vials of Morphine Sulfate 4mg/ml (North Supply Room) (DEA Ex. 8) |
| 19 | | | | | One vial of Midazolam 5mg/5ml (North Supply Room) (DEA Ex. 9) |
| 20 | | | | | One vial of Diazepam 5mg/ml (North Supply Room) (DEA Ex. 10) |
| 21 | | | | | Two vials of Ketamine HCL 50mg/ml (North Supply Room) (DEA Ex. 11) |
| 22 | | | | | One vial of Ketamine HCL 100mg/ml (North Supply Room) (DEA Ex. 12) |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 23 | | | | | One bottle of Midazolam HCL 2mg/ml (North Supply Room Refrigerator) (DEA Ex. 13) |
| 24 | | | | | One syringe of Brevital 5ml (North Supply Room Refrigerator) (DEA Ex. 14) |
| 25 | | | | | Three vials of ephedrine sulfate 1ml (Tool Room) (DEA Ex. 15) |
| 26 | | | | | One 15ml vial of Brevital 10mg/ml (North Supply Room Refrigerator) (DEA Ex. 16) |
| 27 | | | | | One vial of Ephedrine Sulfate 5mg/ml (Medical Cart) (DEA Ex. 17) |
| 28 | | | | | Forty vials of Fentanyl 100 mcg/ml with various used and residual content (Sharps Container) (DEA Ex. 18) |
| 29 | | | | | One vial of Fentanyl 250mcg/5ml with residual amount and suspected blood (exterior) (Sharps Container) (DEA Ex. 19) |
| 30 | | | | | One vial of Ketamine 500mg/5ml with residual amount and suspected blood (exterior) (Sharps Container) (DEA Ex. 20) |
| 31 | | | | | Executed DEA Form 222 (Dr. Jensen's personal office) (DEA N-4) |
| 32 | | | | | DEA Registration Card (DEA N-5) |
| 33 | | | | | Southern Anesthesia and Surgical shipping slips for 2020 (DEA N-6) |
| 34 | | | | | Southern Anesthesia and Surgical invoices for 2020 (DEA N-7) |
| 35 | | | | | Southern Anesthesia and Surgical shipping slips for 2019 (DEA N-8) |
| 36 | | | | | Southern Anesthesia and Surgical invoices for 2019 (DEA N-9) |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 37 | | | | | Executed and unexecuted DEA Forms 222 (Office Manger's Office) (DEA N-10) |
| 38 | | | | | Two drug administration books for 2019 (DEA N-11) |
| 39 | | | | | One drug administration book for 2020 (DEA N-12) |
| 40 | | | | | Cellebrite download of Jenson's phone (DEA N-15) |
| 41 | | | | | Materials from Jensen's Dell OptiPlex computer (DEA N-16) |
| 42 | | | | | Materials from Nurse's Station computer (DEA N-17) |
| 43 | | | | | Photographs of punctured Fentanyl vials from sharps container - DEA Ex. 18, 19, 20 (DEA N-22) |
| 44 | | | | | Electronic image of Dell PowerEdge T340 utilized by Jensen DMD (DEA N-25) |
| 45 | | | | | Electronic medical records from N-25 regarding specific patients (DEA N-26) |
| 46 | | | | | Health records and calendar for Abigail Shields |
| 47 | | | | | Health records and calendar for Rich Frankenfeld |
| 48 | | | | | Health records and calendar for Keyara Dickerson |
| 49 | | | | | Health records and calendar for Karl Becker |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 50 | | | | | Health records and calendar for Paige King |
| 51 | | | | | Health records and calendar for Morgan McCann |
| 52 | | | | | Health records and calendar for Barbara Moss |
| 53 | | | | | Health records and calendar for Debra Rath |
| 54 | | | | | Health records and calendar for Daniel Douglas |
| 55 | | | | | Health records and calendar for Paul Newell |
| 56 | | | | | Health records and calendar for Helen Kelly |
| 57 | | | | | Health records and calendar for Cassandra Buss |
| 58 | | | | | Health records and calendar for Susie Jordan |
| 59 | | | | | Health records and calendar for Zachary Farrand |
| 60 | | | | | Health records and calendar for Carrie Spangler |
| 61 | | | | | Health records and calendar for Nemion Reinbeck |
| 62 | | | | | Health records and calendar for Sherilyn McIntyre |

| PLF NO. | DEF NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS |
|---|---|---|---|---|---|
| 63 | | | | | Health records and calendar for Canatcher Anderson |
| 64 | | | | | Health records and calendar for Roberto Palacios |
| 65 | | | | | Health records and calendar for Stephen Williams |
| 66 | | | | | Health records and calendar for Alexandria Virgin |
| 67 | | | | | Health records and calendar for Stephanie Weaver |
| 68 | | | | | Health records and calendar for Miranda Flanagan |
| 69 | | | | | Health records and calendar for Jenna Fugate |
| 70 | | | | | Health records and calendar for Michael Bruner |
| 71 | | | | | Health records and calendar for Shelly Cordulack |
| 72 | | | | | Health records and calendar for Dale McClintock |
| 73 | | | | | Health records and calendar for Mary Mulchany |
| 74 | | | | | Health records and calendar for Diane Wanless |
| 75 | | | | | Health records and calendar for Marchella Willis |