IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No. 22-30005 |
| PHILLIP M. JENSEN, | ) ) ) |
| Defendant. | ) ) |

**AGREED STATEMENT OF THE CASE**

The defendant, Phillip M. Jensen, is charged in the indictment with distribution of a controlled substance outside the scope of professional practice and not for a legitimate medical purpose, acquiring a controlled substance by fraud, tampering with consumer products, and false statements relating to health care matters.

The defendant has pleaded not guilty to the charges.

_s/ Douglas F. McMeyer_
Douglas F. McMeyer
Assistant United States Attorney

_s/ Daniel L. Fultz_
Daniel L. Fultz
Counsel for Defendant