Sarah Jensen
Boston, MA
smjensen78@gmail.com
(217)254-2140
12/11/2024

To the Honorable Judge Lawless,

I am writing to you in my capacity as the defendant's youngest daughter, to advocate for Phillip Jensen, whom raised and supported me throughout my life.

My dad from an early age demonstrated his commitment to his profession and his patients by being willing to provide care beyond regular business hours. He was always available to friends, family, and neighbors to provide the necessary care regardless of time, and did so with great compassion and skill as a truly gifted surgeon. Growing up, he was a loving father that took his kids to play a few holes of golf after work and supported their athletic endeavors. In recent years, Phil has been a supportive dad while I have navigated moving to a new city as a traveling medical professional.

In addition to the aforementioned qualities, Phillip Jensen has been the Oral Surgery Lead for Illinois Mission of Mercy. Their commitment to providing the full spectrum of dental care is a testament to their sense of duty and compassion towards others. While Phil has struggled with addiction, his resilience to continue to pursue a path of recovery is admirable. Since stepping back from dental medicine, Phil has been committed to his work with Ullr to become a therapy dog visiting people of all ages in a variety of settings.

I believe that Phillip's conduct and character is deserving of your consideration. Please feel free to contact me at the number or email address listed above should you require any further information or clarification.

Thank you for your time and consideration.

Sincerely,
Sarah Jensen

## Daniel L. Fultz

| | |
|---|---|
| **From:** | Patrick Farrow <pfarrow333@gmail.com> |
| **Sent:** | Tuesday, December 17, 2024 12:15 PM |
| **To:** | Daniel L. Fultz |
| **Subject:** | Phil Jensen Statement |

Please see below for the statement

My name is Patrick Farrow, I practice dentistry in Springfield, Illinois. I have known Phil Jensen since 2015, both on a personal level and on a professional level. Phil has always been dedicated to his profession, I have heard numerous stories from patients that testify to this statement. For example, one of my patients had an emergency and Phil came into the office on a Saturday and treated them. In another case, Phil went out of his way to fit a patient in, who was on medicaid, and who could not receive care at another surgeon's office. Phil performed the treatment at no cost to the patient. In addition, our dental society was tasked with staffing the mission of mercy, a three day event that was located in Springfield, Illinois. The mission of mercy's goal is to provide free dental care to those who need it most, veterans, homeless, and those who simply cannot afford treatment.

Phil took the lead for the oral surgery section, he gave up days in private practice to dedicate himself to the planning and execution of the event. I remember being there for about 8 hours, and on my way out I saw Phil still performing extractions. The next day I asked my colleague how long did Phil work for? They replied he worked until the event host, BOS center, notified him they had to close.

Phil was also a great mentor. Every time I called with a question about patient care, he answered. He was passionate about oral surgery and we had many conversations about techniques and how to best serve our patients. I visited his office numerous times, unannounced, and each time he was hard at work, but took the time to talk to me. He taught me so much about how to efficiently remove teeth without hurting or causing pain to the patient. He also was a personal confidant, he would always call just to check in on me.