Clerk of the Court,

I am working on some post conviction litigation and am requesting a copy of the following required documents relating to the case I am currently incarcerated on:

- My Plea Agreement

- My Docket Sheet

- My Judgement and Commitment Order

My information is as follows: Name Phillip Jensen, D.O.B. 9/15/1960

District Court Case Number _____.

Please send the requested documents to me at:

Name: Phillip Jensen

Fed.Reg.#: 85026-509

United States Penitentiary-Lompoc II

3901 Klein Blvd.

Lompoc, CA 93436

Thank you for your prompt assistance in this matter.

Sincerely,

[signature]

FILED
MAY 0 5 2025
CLERK OF THE COURT
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Phillip Jensen #85026-509
FCI Lompoc II
3901 Klein Blvd
Lompoc, CA
93436

Clerk of the Court
Paul Findley Federal Building :
United States Courthouse
600 E. Monroe St. Rm 151
Springfield, IL
62701